# IOWA COURT OF APPEALS

| | | | |
|---|---|---|---|
| Clark v. State | 15–1280 | 06/07/2017 | Affirmed |
| Beard v. State | 15–1393 | 06/07/2017 | Affirmed |
| State v. Iddings | 15–1597 | 06/07/2017 | Affirmed |
| Ramos v. State | 15–1757 | 06/07/2017 | Affirmed |
| Moore v. State | 15–1779 | 06/07/2017 | Affirmed in part, Reversed in part, and Remanded |
| State v. Church | 15–1904 | 06/07/2017 | Affirmed |
| State v. Sheckles | 15–1933 | 06/07/2017 | Affirmed |
| Elliott v. State | 15–1996 | 06/07/2017 | Affirmed |
| State v. Rose | 15–2036 | 06/07/2017 | Affirmed |
| Becerra v. State | 15–2067 | 06/07/2017 | Affirmed |
| Dantzler v. State | 15–2068 | 06/07/2017 | Affirmed |
| Schmidt v. State | 15–2093 | 06/07/2017 | Affirmed |
| State v. Kelso–Christy | 16–0134 | 06/07/2017 | Affirmed |
| O'Hara v. State | 16–0171 | 06/07/2017 | Affirmed |
| State v. Gahagan | 16–0206 | 06/07/2017 | Conviction Affirmed; Sentence Reversed and Remanded |
| State v. Gahagan | 16–0209 | 06/07/2017 | Convictions Affirmed; Sentences Reversed and Remanded |
| Jackson v. State | 16–0226 | 06/07/2017 | Affirmed |
| State v. Hall | 16–0307 | 06/07/2017 | Affirmed in part, Reversed in part, and Remanded |
| Arnzen v. State | 16–0308 | 06/07/2017 | Reversed and Remanded |
| White–Ciluffo v. Iowa Department of Education | 16–0309 | 06/07/2017 | Affirmed |
| State v. Metzger | 16–0485 | 06/07/2017 | Affirmed |
| Rhinehart v. Marshall County | 16–0545 | 06/07/2017 | Affirmed |
| State v. Campbell | 16–0550 | 06/07/2017 | Affirmed |
| State v. Schlichting | 16–0579 | 06/07/2017 | Affirmed |